Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4120 and 05 C 5164 | **DATE** | 10/20/2010 |
| **CASE TITLE** | Trading Technologies International, Inc. vs. GL Consultants, Inc. et al and Trading Technologies International, Inc. vs. FuturePath Trading LLC | | |

**DOCKET ENTRY TEXT**

The Court sets forth the procedure that the parties must follow in the event they wish to file discovery motions or motions related to discovery. Failure to follow this procedure will result in the motion being stricken.

■[ For further details see text below.]  Notices mailed by Judicial staff.

## STATEMENT

1. In the event a party intends to file a motion to compel discovery or for a protective order, the moving party must first send a letter to opposing counsel setting forth with specificity the relief the moving party would seek in the motion, and the factual and legal basis (including citation of authority) on which the motion would be based.

2. Within seven days after receiving the letter referred to in paragraph 1, the opposing party must provide the moving party with a letter in response. The letter must identify any areas of agreement, and for those areas of disagreement, must set forth with specificity the factual and legal basis (including citation of authority) for the opposing party's position.

3. Within five days after the exchange of letters referred to in paragraphs 1-2, the parties must convene a Rule 37.2 conference to attempt to resolve their dispute. The Rule 37.2 conference must involve a face-to-face meeting between moving and opposing counsel of record who have the full authority to make decisions and to resolve the dispute. Other counsel, if they are located out of town, may participate by telephone if they wish; however, the participation of those other counsel may not be a substitute for the face-to-face meeting of counsel with full decision-making authority.

4. Within five days after the Rule 37.2 conference, the moving and opposing counsel must prepare a joint statement reporting on the results of the meet and confer. The joint statement must include a statement of all agreements reached, and of those matters that remain in dispute. The joint statement must not exceed 25 pages, double spaced and with 12-point font.

| STATEMENT |
|---|
| 5.  Within five days after completion of the foregoing steps, the moving party shall file a discovery motion. The motion may not exceed five pages (double spaced and with 12-point font);  must attach the letters, the joint statement, and relevant portions of any discovery requests at issue in the motion; and must cite any relevant authority the moving party wishes the Court to consider. No separate memorandum of law may be filed. After reviewing the motion and attachments, the Court will determine whether the matter requires further briefing or oral argument, or instead can be decided based on the written submissions alone. |