## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Trading Technologies International Inc

                                      Plaintiff,

v.                                                                        Case No.: 1:05−cv−05164
                                                                        Honorable Sara L. Ellis

FuturePath Trading LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2015:

       MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 6/11/2015. Defendant does not oppose Rule 54 motion. Parties agree to stay the remainder of the case. Status hearing set for 9/3/2015 at 1:30 PM to report on settlement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.