UNITED STATES DISTRICT COURT
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                                    **OFFICE OF THE CLERK**

| 05 CV 5164 | Trading Technologies International Inc v. FuturePath Trading LLC |
|---|---|

      The attached copy of the Notice of Appeal is being mailed to all parties pursuant to F.R.A.P. 3 (d). The record on appeal is being maintained in our office until it is requested by the Clerk of the United States Court of Appeals for the Federal Circuit.

      For your convenience pertinent information re: perfecting the appeal which is taken from the Procedural Handbook for the United States Court of Appeals for the Federal Circuit is listed below:

      The notice of appeal is filed with the clerk of the trial court (District Court) along with the fee for filing the notice and the $505 appellate docket fee. CAFC 10 (a). Appeals will be docketed upon receipt from the clerk of the trial court of (1) a copy of the notice of appeal, (2) a certified copy of docket entries, and (3) a copy of the appeal information sheet. Appeals under 28USC 1292 (d) will be docketed on grant of the appeal by the Court and receipt of a certified copy of docket entries and a copy of the appeal information sheet

      The record on appeal shall consist of all papers named in FRCP 10(a) and 16. All papers are normally retained by the tribunal from which the appeal is taken. When deemed necessary, the court, on motion or sua sponte, may order filing of the original or certified copies of the trial or administrative record or any portions thereof at any time during pendency of the appeal.

      When a transcript is required, the appellant has the duty to order it from the reporter and to give notice to appellee if a partial transcript is ordered as required by FRAP 10(b). Where no report of the proceedings was made or the transcript is unavailable, the provisions of FRAP 10c shall govern.

Telephone inquiries from counsel concerning rules and procedures are welcomed by the Clerk's Office for the U.S. Court of Appeal for the Federal Circuit. This office is located in Room 401 of the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439 and is open from 8:30 a.m. to 4:30 p.m. Telephone (202) 633-6550.

                                                                              Very truly yours,
                                                                              Thomas G. Bruton, Clerk
                                                                              By: /s/  Sheila Moore, Deputy Clerk

cc: Counsel of Record