**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Trading Technologies International, Inc. )<br><br>Plaintiff, )<br><br>v. )<br><br>FuturePath Trading, LLC, )<br><br>Defendant. ) | Civil Action No. 05-5164<br><br>Judge Sara I. Ellis<br><br>Magistrate Sidney I. Schenkier |

## JOINT STIPULATION OF DISMISSAL
## OF ALL REMAINING CLAIMS AGAINST DEFENDANT AND ALL OF
## DEFENDANT'S COUNTERCLAIMS

The parties have reached a settlement, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, TRADING TECHNOLOGIES INTERNATIONAL, INC., by and through their counsel, hereby stipulate to a dismissal with prejudice of all remaining claims against Defendant.  Defendant hereby stipulated to a dismissal with prejudice of all of its counterclaims against the Plaintiff.  Each side shall bear its own attorneys' fees and costs.

**SO ORDERED:**

_____
Sara L. Ellis
United States District Judge

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| Date: | Date: |
| /s/     Jennifer M. Kurcz | /s/Damon Pavlatos |
| Leif R. Sigmond, Jr. (ID No. 6204980) | Damon Pavlatos, CEO and Managing Member |
| (lsigmond@bakerlaw.com) | **FuturePath Trading LLC** |
| Michael D. Gannon (ID No. 6206940) | 154W445 62nd St. |
| (mgannon@bakerlaw.com) | Burr Ridge, IL 60527 |
| Jennifer M. Kurcz (ID No. 6279893) | 312-907-1112 phone |
| (jkurcz@bakerlaw.com) | dpavlatos@fptrading.net |
| **Baker & Hostetler LLP** | |
| 191 N. Wacker Drive, Suite 3100 | |
| Chicago, Illinois 60606 | |
| Tel.: (312) 416-6200 | |
| Fax: (312) 416-6201 | |
| | |
| Steven F. Borsand (ID No. 6206597) | |
| (Steve.Borsand@trndingtechnologies.com) | |
| **Trading Technologies International, Inc.** | |
| 222 South Riverside | |
| Suite 1100 | |
| Chicago, IL 60606 | |
| Tel: (312) 476-1000 | |
| Fax: (312) 476-1182 | |
| | |
| **Attorneys for Plaintiff,** **TRADING TECHNOLOGIES INTERNATIONAL, INC.** | |

2