UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Trading Technologies International Inc
                Plaintiff,

v.                                               Case No.: 1:05−cv−05164
                                              Honorable Sara L. Ellis

FuturePath Trading LLC, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 2, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal, the Court dismisses all remaining claims with prejudice against Defendant and all counterclaims with prejudice against Plaintiff. Each party bears its own costs and fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.